UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-21496-GAYLES/OTAZO-REYES

WALTER ALTARE and all others
similarly situated under 29 U.S.C. § 206(b),
and YAMAURYS PULIDO JIMENEZ,

      Plaintiffs,

v.

VERTICAL REALITY MFG, INC., a
Florida Limited Liability Company, and
KENNETH A. SHARKEY, individually,

      Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs', Walter Altare and Yamaurys Pulido

Jimenez, Motion for Default (the "Motion") [ECF No. 119]. In their Motion, Plaintiffs seek entry

of default against Defendants Vertical Reality MFG, Inc. and Kenneth A. Sharkey. *Id.* The Court

has considered the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1.      Plaintiffs' Motion for Default, [ECF No. 119], is **GRANTED in part** and **DENIED**

**in part**. The Motion is **GRANTED** as to Defendant Vertical Reality MFG, Inc.

and **DENIED** as to Defendant Kenneth A. Sharkey.

2.      A **DEFAULT** is hereby entered against Defendant Vertical Reality MFG, Inc. only.

3.      Plaintiffs shall file a Motion for Entry of Final Default Judgment against Defendant

Vertical Reality MFG, Inc. **within 14 days** of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of February, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE